## THE PEOPLE v. WAMBOLE.

1. *GAMBLING:* COMMON GAMBLER: INDICTABLE. The rulings in the case of *The People v. Sponsler*, supra, adopted and followed. .

*Writ of Error to the Yankton County District Court.*

THE defendant was indicted in the court below " for unlawfully keeping and exhibiting a gambling table, for gambling purposes." The pleadings and proceedings were the same as in the case of *The People v. Sponsler*, supra.

*G. C. Moody*, for defendant.

*J. R. Gamble*, District Attorney, for the People.

BY THE COURT.—For the reasons set forth in the opinion filed in the case of *The People v. Charles Sponsler*, and there being found no error apparent in the record herein, or in the rulings of the court below, the judgment is affirmed; and it is ordered that the proceedings herein be remitted to the District Court of Yankton county, to enforce the original judgment.